# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HENRY FROMETA GONZALEZ,

    Petitioner,

vs.

JAMES GREG COX, et al.,

    Respondents.

Case No. 2:13-cv-02167-APG-NJK

**O R D E R**

    Petitioner, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. #1).  The court dismisses this action because petitioner did not pay the filing fee and did not file an application to proceed *in forma pauperis*, together with a signed financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.  Based upon review of the file, it does not appear that a dismissal without prejudice would affect materially the timeliness of a promptly filed new action.[1]

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

---

[1] Petitioner alleges that the judgment of conviction was entered on May 14, 2013, and that he neither appealed the judgment nor filed a state habeas corpus petition.  The federal one-year period of limitation does not start until his judgment of conviction becomes final.  28 U.S.C. § 2244(d)(1)(A).  In petitioner's case, the judgment became final on June 13, 2013.  *See* Nev. R. App. P. 4.  About half a year remains in the one-year period of limitation, which is enough time for petitioner to file the correct documents.

1  **IT IS THEREFORE ORDERED** that the clerk of the court shall send petitioner a blank
2 form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank § 2254
3 habeas corpus petition form with instructions.

4  **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice to
5 petitioner's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits
6 a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate
7 and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

8  **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

9  Dated:   December 2, 2013.

_____
ANDREW P. GORDON
United States District Judge